## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HELEN MIKIEWICZ                    :
                                   :
          Plaintiff,               :
                                   :
     v.                            :        3:15-CV-02426
                                   :        (JUDGE MARIANI)
STANLEY J. HAMORSKI and            :
ERIE INSURANCE EXCHANGE            :
                                   :
          Defendants.              :

FILED
SCRANTON

MAY - 3 2016

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 3RD DAY OF MAY 2016,** upon consideration of Plaintiff's Motion

to Remand and for fees, costs, and expense (Doc. 3) and accompanying briefs, **IT IS**

**HEREBY ORDERED THAT:**

1. For the reasons set forth in the accompanying memorandum opinion, Plaintiff's

   Motion to Remand (Doc. 3) is **GRANTED**.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 3) is **GRANTED** against

   Defendant Erie Insurance Exchange.

   a. **ON OR BEFORE MAY 17, 2016** Plaintiff shall file a Memorandum of

      Costs and Expenses, including Attorney's Fees, incurred as a result of the

      Defendant's improper removal.

   b. Defendant shall be permitted **TWO (2) WEEKS** to file any opposition to

      Plaintiff's Memorandum.

3. The case is **REMANDED** to the Lackawanna County Court of Common Pleas.

4. The Clerk of the Court is directed to mail a certified copy of this order of remand to the clerk of the Lackawanna County Court of Common Pleas.

5. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge